That the defendants, a few minutes later, asked for the copy delivered to the plaintiff, in order to compare with their own, and then deliberately destroyed it, and the next day returned the check, because they discovered that a second mortgage was at 5 instead of 6 per centum, would not justify a finding that minds had not met, nor a judgment for the defendants as acting within their rights, When offer and acceptance were complete, as they were herein, recall might not under the circumstances be exercised at the end of 10 minutes any more than at the end of 10 days. From the evidence the plaintiff was entitled to his commissions. The judgment should therefore be reversed, and a new trial ordered, with costs to appellant to abide the event.

WALL, Respondent, v. SKANEATELES PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Matthew Wall against the Skaneateles Paper Company. No opinion. Judgment and order affirmed, with costs.

WALLACE, Appellant, v. DEAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by George Wallace against James Dean and others. No opinion. Judgment affirmed, with costs.

WALLACE, Appellant, v. WALLACE, Respondent. (Supreme Court Appellate Division, Third Department. January 18, 1907.) Action by Mary Wallace against Patrick H. Wallace, No opinion. Order affirmed, without costs.

WALLACE WALL PAPER CO., Respondent, v. PAULEN, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by the Wallace Wall Paper Company against Jacob Paulen. No opinion. Judgment affirmed, with costs.

WANSER, Respondent, v. DeNYSE et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Richard S. Wanser against John De-Nyse and others. No opinion. Motion for reargument denied. For former opinion, see 102 N. Y. Supp. 36.

In re WATERS. (Supreme Court, Appellate Division, First Department. January 18, 1907.) In the matter of Sarah Ann Waters. No opinion. Motion denied upon payment of $10 costs, and upon condition that appellant have his appeal ready for argument at the March term. Order filed.

WENDELL v. LEO. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Margaret Wendell against Michael J. Leo. No opinion. Motion for reargument denied, with $10 costs and disbursements. For former opinion, see 101 N. Y. Supp. 51.

WENIGER, Respondent, v. FOURTEENTH ST. STORE, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Hans Weniger against the Fourteenth Street Store. B. G. Paskus, for appellant. O. C. Sommerich, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WESTINGHOUSE, CHURCH, KERR & CO. v. REMINGTON SALT CO. (Supreme Court, Appellate Division, Third Department. January 18, 1907.) Action by Westinghouse, Church, Kerr & Co. against the Remington Salt Company. No opinion. Motion for leave to go to Court of Appeals granted, and question certified as follows: Did the trial court err in holding as a matter of law that defendant failed to prove facts sufficient to entitle it to the reformation of the contract, under the evidence presented to the court and contained in the appeal book herein?

WHEELER, Respondent, v. GEORGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by Albert J. Wheeler, as, etc., against Eugene A. Georger. No opinion. Order affirmed, with $10 costs and disbursements, and motion to dismiss appeal denied, without costs.

WHITEHEAD v. TRUSSED CONCRETE STEEL CO. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by William W. Whitehead, Jr., against the Trussed Concrete Steel Company. No opinion. Application denied, with $10 costs. Order signed.

WICKORY v. INTERBOROUGH RAPID TRANSIT CO. DUFFY v. INTERURBAN ST. R. CO. BERNS v. NEW YORK CITY R. CO. EMPIRE ELECTRIC SIGN CO. v. STRACK. MASHKOWITZ v. O'CONNELL. ROSSOW v. BURKE et al. ROSENBERG v. RANDOLPH CLOWES CO. WOLFSOHN v. SOLOMON. (Supreme Court, Appellate Division, First Department. Feb. 15, 1907.) Actions by John B. Wickory against the Interborough Rapid Transit Company, Annie Duffy against the Interurban Street Railroad Company, Herman Berns against the New York City Railroad Company, the Empire Electric Sign Company against Otto Strack, Samuel J. Mashkowitz against Maurice O'Connell, Herman Rossow against Edward Burke and another, Ignatz I. Rosenberg against the Randolph Clowes Company, and Clara Wolfsohn against Morris Solomon. No opinions. Applications denied, with $10 costs. Order signed.

In re WIGHT. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) In the matter of the application of William A. Wight for admission to the bar. No opinion. Application granted.

WILLIAMS et al., Respondents, v. HATCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by Elizabeth Bird Williams and others against Albert C. Hatch. No opinion. Judgment and order affirmed, with costs.